**ORIGINAL**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael J. Kamen, Pro Se<br>2404 Wilshire Blvd., Suite 12A<br>Los Angeles, California 90057<br>(213) 286-0350 | **FILED**<br>FEB 24 2012<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Jeffrey Watson Potter | CASE NUMBER SV91-76572GM |
| | HEARING DATE:<br>TIME:<br>PLACE: NO HEARING REQUIRED |
| Debtor. | |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 27,541.18 _____ which is the sum of all monies deposited with the court on the following date(s) 06-05-1998 _____ on behalf of the creditor Michael Joel Kamen (███████████████) _____ on claim number(s) 12 & 13 _____

2. Please check and complete the applicable subparagraph(s) below:

   ☒ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____

*(Continued on next page)*

---

Revised November 2008    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

| Motion for Order Releasing Unclaimed Funds - *Page 2* | | **F 3011-1** |
|---|---|---|
| In re Jeffrey Watson Potter | CHAPTER 7 | |
| | Debtor. | CASE NUMBER SV91-76572GM |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Michael J. Kamen (SSN and TAX ID: 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), 2404 Wilshire Blvd., #12A, Los Angeles, CA 90057

   (213) 286-0350, ext 350 -- copy of driver's license attached

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   I have never received the check. I have a new mailing address.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*     **F 3011-1**

| In re Jeffrey Watson Potter | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER SV91-76572GM |

Signature of Creditor/Successor

Michael J. Kamen
Type or Print Creditor's/Successor's Name

(Corporate Seal

if applicable)

2404 Wilshire Blvd., #12A
Creditor's/Successor's Address

Los Angeles, CA 90057

213-286-0350

STATE OF CALIFORNIA, COUNTY OF Los Angeles

On _____ before me, personally appeared *(insert name and title of the signer)*

Michael Joel Kamen, Creditor

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Notary Public

(SEAL)

My commission expires on April 21 2013

RICHARD STIMPERT
COMM. # 1841877
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
COMM. EXPIRES APRIL 21, 2013

| Motion for Order Releasing Unclaimed Funds - *Page 4* | **F 3011-1** |
|---|---|
| In re  Jeffrey Watson Potter | CHAPTER 7 |
| Debtor. | CASE NUMBER SV91-76572GM |

*Signature of Attorney/Attorney-in-Fact (if appointed)*

_____
*Type or Print Name*

_____
*Address*

_____

_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
*Notary Public*

My commission expires on _____

Presented by:

_____

_____

_____

Motion for Order Releasing Unclaimed Funds - *Page 5*     **F 3011-1**

| In re Jeffrey Watson Potter | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER SV91-76572GM |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on _____,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

*(See attached)*

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Lawrence A. Diamant (TR)                         Additional parties served.
1888 Century Park East, #1500                    Please see attached service list.
Los Angeles, CA 90067

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Jeffrey W. Potter                                Ira B. Katz, Esq.
1198 Romney Dr                                   1901 Avenue of the Stars, #300
Pasadena, CA 91105-2751                          Los Angeles, CA 90067

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

_____                  _____
_____                  _____
_____                  _____

_____                  _____
Date                                             *Signature*

                                                 Mikhai Tran
                                                 *Type or Print Name*

*Revised November 2008*    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of, and employed in, the county aforesaid; I am over the age of eighteen years; I am not a party to the within entitled action; My business address is 6380 Wilshire Boulevard, Suite 850, Los Angeles, California 90048.

On February 23, 2012, I served the within:

**MOTION FOR ORDER RELEASING UNCLAIMED FUNDS**

following ordinary business practices, by placing a true copy thereof, fully enclosed in a sealed envelope, addressed as follows:

**United States Bankruptcy Trustee:**

Peter C. Anderson, Esq.
UNITED STATES TRUSTEE
21051 Warner Center Lane, #115
Woodland Hills, CA 91367

And

Peter C. Anderson, Esq.
UNITED STATES TRUSTEE
725 S. FIGUEROA STREET, SUITE 2600
LOS ANGELES, CA 90017

**United states attorney's office:**

United States Attorney's Office
Civil Process Clerk
Unclaimed Funds
300 North Los Angeles, #7516
Los Angeles, California 90012

--

**Debtor:**

Jeffrey W. Potter
1198 Romney Dr
Pasadena, CA 91105-2751

[x]  **(BY MAIL)** I caused such envelope, with postage fully prepaid thereon, to be deposited this same day in the ordinary course of business, in the United States Mail, at Los Angeles, California.

I am "readily familiar" with this firm's practice of collection and processing of correspondence for mailing. The mail would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the Affidavit.

[x]  **(STATE)** I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

[ ]  **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 23, 2012, at Los Angeles, California.

Mikhai Tran